JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                   DEPUTY

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA
Special Assistant United States Attorney
California Bar No. 184475

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8962
Facsimile: (415) 744-0134
E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant,
    Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JACKELINE HALL,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. EDCV-07-1264 PLA<br><br>[PROPOSED]<br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand

DATED: 5/29/08

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE